NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LYNK LABS, INC.,**
*Appellant*

v.

**HOME DEPOT U.S.A., INC.,**
*Appellee*

_____

2023-1672

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01370.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    LYNK LABS, INC. v. HOME DEPOT U.S.A., INC.

(2) Each side shall bear their own costs.

                                    FOR THE COURT

May 31, 2023                        /s/ Jarrett B. Perlow
Date                                Jarrett B. Perlow
                                    Acting Clerk of Court


**ISSUED AS A MANDATE:** May 31, 2023